UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA      :
                                       :   **ORDER**

v.                                    :
                                       :   17 CR 387 (VB)

THEODORE LEE,                       :
                  Defendant.  :
--------------------------------------------------------x

     Having reviewed defendant Theodore Lee's motion for early termination of supervised release (Doc. #4), and having consulted with Mr. Lee's probation officer and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Lee's conduct and the interest of justice.

     Accordingly, supervised release is terminated, and defendant Theodore Lee is discharged therefrom, effective immediately.

     The Clerk shall terminate the motion. (Doc. #4).

Dated: January 27, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge